James S. Coon
OSB#: 77145
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone:  (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@tcnf.legal

Scott A. Sell
OSB#: 144297
THOMAS, COON, NEWTON & FROST
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone:  (503) 228-5222
Fax: (503) 273-9175
E-mail: ssell@tcnf.legal

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| IRIS B. RICHTER,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>　　　　　　Defendant. | Case No.: 3:21-cv-00155-HZ<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

　　　　Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,764.81 will be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to her attorney, Scott A. Sell, at Mr. Sell's address:  820 SW 2nd Ave Ste 200, Portland OR

97204.  There are no costs or expenses.

      Dated this 6th day of June, 2022.

                                                                                       */s/ Marco Hernandez*
                                                                                        United States District Judge

Presented by:
<u>James S. Coon</u>
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff

<u>Scott A. Sell</u>
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff